```
                IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| DANELLE BOSTROM, et al., | HON. JEROME B. SIMANDLE |
| Plaintiffs, | Civil No. 11-1424 (JBS/JS) |
| v. | |
| NEW JERSEY DIVISION OF YOUTH AND FAMILY SERVICES, et al., | **ORDER** |
| Defendants. | |

This matter having come before the Court upon the motion of Defendants New Jersey Division of Youth and Family Services and New Jersey Department of Human Services to dismiss [Docket Item 4]; and upon the cross-motion of Plaintiffs to remand the case to the Superior Court [Docket Item 11]; the Court having considered the submissions of the parties; for the reasons explained in the Opinion of today's date; and for good cause shown;

IT IS this   **22nd**   day of **August, 2011** hereby

ORDERED that Plaintiffs' motion for remand is **DENIED**; and it is further

ORDERED that Defendants' motion to dismiss is **GRANTED**, and Defendants DYFS and DHS are terminated.

```
                                    s/ Jerome B. Simandle
                                   JEROME B. SIMANDLE
                                   United States District Judge
```