IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DANELLE BOSTROM, et al., | HON. JEROME B. SIMANDLE |
| Plaintiffs, | Civil No. 11-1424 (JBS/JS) |
| v. | **ORDER** |
| NEW JERSEY DIVISION OF YOUTH AND FAMILY SERVICES, et al., | |
| Defendants. | |

This matter having come before the Court on the motion of Defendants Denise Schuh, Tara Broglin, Officer (FNU) Torres; and Officer (FNU) McCloy for summary judgment [Docket Item 43] and Plaintiffs' motion for leave to file a sur-reply and/or strike Defendants' reply brief [Docket Item 55]; the Court having considered the submissions of the parties; for the reasons explained in the Opinion of today's date; and for good cause shown;

IT IS this __**26th**__ day of **August, 2013** hereby

ORDERED that the Defendants' motion for summary judgment [Docket Item 43] will be GRANTED IN PART and DENIED IN PART; and it is

ORDERED that summary judgment will be granted denying Plaintiffs' claim for injunctive relief; and it is

ORDERED that summary judgment will be granted as to all claims against Defendants Torres and McCloy and these claims will

be dismissed with prejudice; and it is

ORDERED that summary judgment will be granted as to Plaintiffs' Fourteenth Amendment claims and First Amendment claims against Defendants Schuh and Broglin; and it is

ORDERED that summary judgment will be denied with respect to Plaintiffs' Fourth Amendment claims against Defendants Schuh and Broglin; and it is

ORDERED that Plaintiffs' motion to strike portions of Defendants' reply [Docket Item 55] is GRANTED.

                 **s/ Jerome B. Simandle**
                 JEROME B. SIMANDLE
                 Chief U.S. District Judge